

**U. S. Department of Justice**
Drug Enforcement Administration
South Central Laboratory
10150 Technology Blvd., E.
Dallas, Texas 75220

---

www.dea.gov                                           January 5, 2021


TO:            Renee Camacho
               Assistant United States Attorney

FROM:          Etienne Vazquez
               Forensic Chemist

APPROVED:      Jerry A. Walker
               Laboratory Director

SUBJECT:       **RULE 16(a)(1)(G) SUMMARY OF TESTIMONY IN UNITED STATES V.**
               **Richard Orlinski Sanchez, ET. AL.**
               **Reference Laboratory Report(s) for LIMS Case Number(s):**
               2019-SFL6-09353 Ex.1


The following summary of testimony is provided by Federal Rule of Criminal Procedure 16(a)(1)(G):

1. My name is: Etienne Vazquez

2. I am employed by the Department of Justice, Drug Enforcement Administration (DEA), in the capacity of forensic chemist, and was so employed when I conducted the examinations and analyses described in the attached laboratory report(s). My qualifications to interpret the results described in the attached laboratory report(s), and to express an opinion as to the identity of the exhibit(s) described in the attached laboratory report(s), are based on my knowledge, skill, experience, training, and education. My experience, education, and training are described in detail in the attached Curriculum Vitae.

3. The opinions described in the attached laboratory report(s) are based on chemical, physical, and/or instrumental analyses, the results generated by those analyses, and my interpretation of those results.

4. I have examined and analyzed the substance(s) contained in the exhibit(s) which were submitted for analysis in the above referenced LIMS case number(s).

Attachments



**U. S. Department of Justice**

Drug Enforcement Administration

South Central Laboratory
10150 Technology Blvd., E.
Dallas, Texas 75220

www.dea.gov

January 5, 2021

TO:          Renee Camacho
             Assistant United States Attorney

FROM:     Etienne Vazquez
             Forensic Chemist

APPROVED: Jerry A. Walker
             Laboratory Director

SUBJECT:   **RULE 16(a)(1)(G) SUMMARY OF TESTIMONY IN UNITED STATES V. Richard Orlinski Sanchez, ET. AL.
Reference Laboratory Report(s) for LIMS Case Number(s):
2020-SFL6-05479 Ex.21**

The following summary of testimony is provided by Federal Rule of Criminal Procedure 16(a)(1)(G):

1. My name is: Etienne Vazquez

2. I am employed by the Department of Justice, Drug Enforcement Administration (DEA), in the capacity of forensic chemist, and was so employed when I conducted the examinations and analyses described in the attached laboratory report(s). My qualifications to interpret the results described in the attached laboratory report(s), and to express an opinion as to the identity of the exhibit(s) described in the attached laboratory report(s), are based on my knowledge, skill, experience, training, and education. My experience, education, and training are described in detail in the attached Curriculum Vitae.

3. The opinions described in the attached laboratory report(s) are based on chemical, physical, and/or instrumental analyses, the results generated by those analyses, and my interpretation of those results.

4. I have examined and analyzed the substance(s) contained in the exhibit(s) which were submitted for analysis in the above referenced LIMS case number(s).

Attachments



**U. S. Department of Justice**
Drug Enforcement Administration
South Central Laboratory
10150 Technology Blvd., E.
Dallas, Texas 75220

*www.dea.gov*                                                                                   January 12, 2021

TO:           Ranee Camacho
              Assistant United States Attorney

FROM:         Etienne Vazquez
              Forensic Chemist

APPROVED:     Jerry A. Walker
              Laboratory Director

              1-14-21

SUBJECT:      **RULE 16(a)(1)(G) SUMMARY OF TESTIMONY IN UNITED STATES V. Richard Orlinski Sanchez ET. AL**
              **Reference Laboratory Report(s) for LIMS Case Number(s):**
              2020-SFL6-02930 Ex.1

The following summary of testimony is provided by Federal Rule of Criminal Procedure 16(a)(1)(G):

1. My name is: Etienne Vazquez

2. I am employed by the Department of Justice, Drug Enforcement Administration (DEA), in the capacity of forensic chemist, and was so employed when I conducted the examinations and analyses described in the attached laboratory report(s). My qualifications to interpret the results described in the attached laboratory report(s), and to express an opinion as to the identity of the exhibit(s) described in the attached laboratory report(s), are based on my knowledge, skill, experience, training, and education. My experience, education, and training are described in detail in the attached Curriculum Vitae.

3. The opinions described in the attached laboratory report(s) are based on chemical, physical, and/or instrumental analyses, the results generated by those analyses, and my interpretation of those results.

4. I have examined and analyzed the substance(s) contained in the exhibit(s) which were submitted for analysis in the above referenced LIMS case number(s).

Attachments



**U.S. Department of Justice**
**Drug Enforcement Administration**

South Central Laboratory
Dallas, TX

## Chemical Analysis Report

El Paso Division Office
660 Mesa Hills Drive, Suite 2000
El Paso, TX 79912

Case Number:
LIMS Number: 2020-SFL6-02930

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 1 | Methamphetamine Hydrochloride | 17121 g ± 4 g | 97% ± 6% | 16607 g ± 1031 g |

**Remarks:**
The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit. All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

### Exhibit Details:

Date Accepted by Laboratory: 05/01/2020         Gross Weight: 20.78 kg         Date Received by Examiner: 06/09/2020

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 1 | 4 | Plastic Bottle | Crystalline | 17120 g |

**Remarks:**
Original packaging separated for latent print examination.

15.03 kilograms held for destruction pending written notification.

### Exhibit Analysis:

**Sampling:**

Methamphetamine confirmed in 4 units tested of 4 units received. A composite was formed from 4 units for further testing. Salt form determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 1 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy, Marquis Color Test |

| Exhibit | Purity Test(s) |
|---|---|
| 1 | DEA 440H / Nuclear Magnetic Resonance Spectroscopy |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Etienne R. Vazquez, Forensic Chemist             **Date:** 06/11/2020
**Approved By:** /S/ Rashad A. Sims, Supervisory Chemist              **Date:** 06/11/2020

DEA Form 113 August 2019                                                                                         Page 1 of 1



**U.S. Department of Justice**
**Drug Enforcement Administration**

South Central Laboratory
Dallas, TX

## Chemical Analysis Report

Las Cruces Resident Office
2290 East Griggs Avenue
Las Cruces, NM 88001

Case Number:
LIMS Number: 2020-SFL6-05479

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 21 | Methamphetamine Hydrochloride | 0.68 g ± 0.01 g | 99% ± 6% | 0.67 g ± 0.04 g |

**Remarks:**
The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit. All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

### Exhibit Details:

Date Accepted by Laboratory: 08/06/2020        Gross Weight: 35.6 g        Date Received by Examiner: 09/22/2020

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 21 | 1 | Ziplock Plastic Bag | Crystalline | 0.59 g |

**Remarks:**

### Exhibit Analysis:

**Sampling:**
A composite was formed from 1 unit for testing of 1 unit received. Methamphetamine confirmed in the composite. Salt form determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 21 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

| Exhibit | Purity Test(s) |
|---|---|
| 21 | DEA 440H / Nuclear Magnetic Resonance Spectroscopy |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Etienne R. Vazquez, Forensic Chemist        Date: 09/28/2020
**Approved By:** /S/ John W. McIlroy, Senior Forensic Chemist        Date: 09/28/2020

DEA Form 113 August 2019        Page 1 of 1



**U.S. Department of Justice**
**Drug Enforcement Administration**

South Central Laboratory
Dallas, TX

## Chemical Analysis Report

Las Cruces Resident Office
2290 East Griggs Avenue
Las Cruces, NM 88001

Case Number:
LIMS Number: 2019-SFL6-09353

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 1 | d-Methamphetamine Hydrochloride | 111.37 g ± 0.01 g | 100% ± 6% | 111.37 g ± 6.74 g |

Remarks:
The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit. All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

### Exhibit Details:

Date Accepted by Laboratory: 12/04/2019    Gross Weight: 142.3 g    Date Received by Examiner: 12/30/2019

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 1 | 1 | Ziplock Plastic Bag | Crystalline | 110.95 g |

Remarks:

### Exhibit Analysis:

Sampling:

A composite was formed from 1 unit for testing of 1 unit received. Methamphetamine confirmed in the composite. Salt form and isomer determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 1 | Gas Chromatography, Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

| Exhibit | Purity Test(s) |
|---|---|
| 1 | DEA 440H / Nuclear Magnetic Resonance Spectroscopy |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

Analyzed By: /S/ Etienne R. Vazquez, Forensic Chemist          Date: 12/31/2019
Approved By: /S/ John W. McIlroy, Senior Forensic Chemist      Date: 01/02/2020

DEA Form 113 August 2019                                                                    Page 1 of 1



Etienne R. Vazquez
Department of Justice
Drug Enforcement Administration
Office of Forensic Sciences

Senior Forensic Chemist
South Central Laboratory
Dallas, TX

---

## AREA OF EXPERTISE

Forensic Discipline

- Drug Chemistry

Expert Testimony

- Alabama - June 2017

## PROFESSIONAL EXPERIENCE

DRUG ENFORCEMENT ADMINISTRATION
*DEA  Senior Forensic Chemist (GS 1320-13) - South Central Laboratory - Dallas, TX - (08/2016 - Present)*

- Analysis of controlled substances
- Acting supervisor
- Instrument monitor
- Quality Assurance Committee member
- Quality Control, Calibrant Standard, and Internal Standard Solution reagent monitor
- Instrument purchase coordinator and installation committee member
- Purchasing Agent
- Lean Six Sigma working group

*Training*

- DEA Advanced Site Safety School no. 35 - Quantico, VA (September, 2019)
- Forensic Sciences Leadership Workshop - Quantico, VA (July, 2019)
- DEA Clandestine Laboratory Level A Course - Valencia, CA (January, 2019)
- DEA Instructor Development Course - Quantico, VA (August, 2015)
- DEA Personnel Recovery Level II - Quantico, VA (Nov, 2010)
- DEA Basic Laboratory System Orientation - Quantico, VA (July, 2010)
- DEA Clandestine Laboratory - Quantico, VA (June, 2010)
- DEA Basic Forensic Chemist Training Program - Sterling, VA (June, 2010)

DEA - Sterling, VA
*DEA Forensic Chemist (GS 1320-12)  - Special Testing and Research Laboratory -  Sterling VA - (08/2009 - 08/2016)*

- Analysis of controlled substances
- Instrument monitor

- Research chemist assistant
- Quality Assurance member
- Instrument purchase and installation committee

## EDUCATION AND CERTIFICATIONS

Interamerican University of Puerto Rico - Arecibo, PR - BS in Chemistry - (2002-2007)